UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E BETTYS,

        Plaintiff,

   v.

PATRICIA LASHAWAY, JOHN CLAYTON, WILLIAM VANHOOK, SJAN TALBOT, HOLLI CORYELL, CAROL SCOTT, SHANNON GILL.

        Defendants.

CASE NO. 3:16-CV-05626-RJB-DWC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

1  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a

2  waiver of any other cost(s) of litigation.

3      The Clerk is directed to mail a copy of this Order to Plaintiff.

4      Dated this 22nd day of July, 2016.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2